# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIO BADILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00393-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY THE FILING FEE IN THIS ACTION<br><br>(ECF No. 12)<br><br>THIRTY DAY DEADLINE |

Cecilio Badillo ("Plaintiff") filed a complaint in this action seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (ECF No. 1.) Plaintiff filed several applications to proceed without prepayment of fees in this action, that were found not to demonstrate entitlement to proceed in this action without prepayment of fees. (ECF Nos. 2, 3, 4, 5, 6, 7, 9, 10.) On August 6, 2020, Plaintiff's applications to proceed in this action without prepayment of fees were denied and he was ordered to pay the filing fee within twenty days. (ECF No. 6.) On August 26, 2020, Plaintiff filed a motion for a thirty day extension of time to pay the filing fee. (ECF No. 12.) The Court shall grant Plaintiff's request for an extension of time.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to pay the filing fee is GRANTED;

2. Plaintiff shall pay the filing fee within thirty days of the date of entry of this

order; and

3. Plaintiff is advised that failure to pay the filing fee will result in the recommendation that this action be dismissed for failure to pay and failure to comply with a court order.

IT IS SO ORDERED.

Dated: __**August 27, 2020**__

UNITED STATES MAGISTRATE JUDGE