# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIO BADILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1: 20-cv-00393-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 29) |

Cecilio Badillo ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On October 27, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 29.) Pursuant to the terms of the stipulation, the Commissioner will: direct the ALJ to make efforts to further develop the record, including obtaining the Disability Determination Explanations; instruct the ALJ to evaluate the record and Plaintiff's subjective statements about symptoms; instruct the ALJ to reassess Plaintiff's residual functional capacity; and take further action, as warranted, to complete the administrative record. (Id. at 1-2.) The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final

1  decision of the Commissioner.  (Id. at 2.)  The Court finds good cause exists to grant the parties'
2  stipulated request.
3          Accordingly, IT IS HEREBY ORDERED that:
4      1.    The above-captioned action be remanded to the Commissioner of Social Security
5            for further proceedings consistent with the terms of the stipulation for remand;
6      2.    Judgment is entered in favor of Plaintiff Cecilio Badillo and against Defendant
7            Commissioner of Social Security; and
8      3.    The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:     **October 27, 2021**                                          
                                         UNITED STATES MAGISTRATE JUDGE